1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7                           EASTERN DISTRICT OF CALIFORNIA

8

9    DONALD T. BRITTON,                          1:18-cv-00848-JDP

10                    Plaintiff,

11          v.                                    ORDER TO SUBMIT APPLICATION
                                                  TO PROCEED IN FORMA PAUPERIS
                                                  OR PAY FILING FEE WITHIN 45 DAYS
12   COMPAS,

13                    Defendant.

14

15          Plaintiff is a state prisoner proceeding pro se in a civil rights action under 42

16   U.S.C. § 1983.  Plaintiff has not paid the $400.00 filing fee or submitted an application to

17   proceed *in forma pauperis* under 28 U.S.C. § 1915.

18          Accordingly, IT IS HEREBY ORDERED that:

19          Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

20   attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative,

21   pay the $400.00 filing fee for this action.  **No requests for extension will be granted without a**

22   **showing of good cause.  Failure to comply with this order will result in dismissal of this**

23   **action.**

24

25   IT IS SO ORDERED.

26
     Dated:    July 25, 2018
27                                               UNITED STATES MAGISTRATE JUDGE

28

                                                 1