UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD TREMAYNE BRITTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMPAS,<br><br>　　　　　Defendant. | Case No. 1:18-cv-00848-AWI-JDP<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO VACATE THE DISCOVERY AND SCHEDULING ORDER<br><br>ECF Nos. 25, 18<br><br>ORDER DENYING THE MOTION FOR A PROTECTIVE ORDER AS MOOT<br><br>ECF No. 20 |

　　　Defendant's request to vacate the discovery and scheduling order is granted. ECF Nos. 25 and 18. The court will issue a new discovery and scheduling order, if necessary, once a final ruling is made on the pending motion for summary judgment. Defendant's motion for a protective order, ECF No. 20, is denied as moot.

IT IS SO ORDERED.


Dated:　February 4, 2020　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 205.