UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD TREMAYNE BRITTON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COMPAS,<br><br>　　　　　Defendant. | 1:18-cv-00848-AWI-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 29.)<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES<br><br>ORDER FOR CLERK TO CLOSE CASE |

　　　　Donald Tremayne Britton ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 25, 2020, the Magistrate Judge entered findings and recommendations, recommending that this court grant defendant's motion for summary judgment for failure to properly exhaust administrative remedies and dismiss the case without prejudice.  (ECF No. 29.)  Plaintiff requested and was granted an extension to file objections, but has not done so.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations entered by the Magistrate Judge on March 25, 2020, are ADOPTED IN FULL;
2. Defendant's motion for summary judgment is GRANTED;
3. This case is dismissed without prejudice for failure to properly exhaust administrative remedies; and
3. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   September 9, 2020                              _____
                                                                              SENIOR DISTRICT JUDGE